UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 00-7245

─────────

RANDAL N. WIIDEMAN,

Plaintiff - Appellant,

versus

ROBERT A. WATSON, Commissioner, individually,
officially and in conspiracy with State
Agents; STEPHEN MANUEL ARNOLD, Pastor, indi-
vidually, officially and in conspiracy with
State Agents,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-00-891-AM)

─────────

Submitted:  November 9, 2000          Decided:  November 15, 2000

─────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Randal N. Wiideman, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randal N. Wiideman, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Wiideman v. Watson, No. CA-00-891-AM (E.D. Va. filed June 27; entered June 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED